*Motion GRANTED for extension to 10/15/12.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-00122-2 |
| | ) | JUDGE TRAUGER |
| REIKO LEFT | ) | |

## MOTION TO EXTEND TIME FOR FILING PETITION

Through counsel, defendant Reiko Left moves to extend the time for filing a petition for sentencing relief based on new crack cocaine sentencing law. In support of this motion, defense counsel would show the following:

1. By order entered July 10, 2012, the Court directed counsel to file a petition within 30 days and directed the probation office to prepare a supplement to the presentence report.

2. After reviewing the current status of this case, defense counsel has attempted to contact Mr. Left to discuss her findings and to determine whether to go forward with a petition. However, defense counsel has not yet received communication from Mr. Left as to how she should proceed.

For these reasons, the defendant moves to extend the deadline for filing a petition for relief until Monday, October 15, 2012.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT, BPR #017021
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047