Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:07-00122-2 |
| | ) | JUDGE TRAUGER |
| | ) | |
| REIKO LEFT | ) | |

### MOTION FOR RE-APPOINTMENT AS COUNSEL

Undersigned counsel respectfully moves the Court to appoint her as counsel of record for Mr. Left, to represent him in connection with changes to sentencing law that may result in a sentence reduction.

In support of this motion, Mr. Left would show the following:

1. Mr. Left received a sentence of 120 months imprisonment in a drug conspiracy, and is incarcerated at the Federal Medical Center in Lexington, Kentucky.

2. On July 6, 2012, the Office of the Federal Public Defender was appointed to represent Mr. Left on a petition for relief under the Retroactive Crack Cocaine Amendment. (R. 113).

3. On September 20, 2012, at Mr. Left's request, the Court terminated proceedings. (R. 126).

4. On May 28, 2013, Mr. Left, who is still in federal custody, contacted the Federal Public Defender seeking assistance of counsel. Due to recent legal developments, it appears that Mr. Left may be entitled to sentencing relief.

5. For these reasons, undersigned counsel seeks reappointment to represent Mr. Left in further proceedings in this matter.